**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

2008 MAR 20 A 11: 52

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PARESH PATEL
STAFF ATTORNEY

March 20, 2008

**Via Hand Delivery**

The Honorable William D. Quarles, Jr.
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Terry Lee Barton*, Case No. WDQ-01-010

Dear Judge Quarles:

    Please accept this as a status report regarding Mr. Barton's pending *pro se* motion for a reduced sentence under Amendment 706 to the U.S. Sentencing Guidelines. Guidelines. The United States Probation Office has reviewed Mr. Barton's case and determined that he is not eligible to seek a reduced sentence because his "offense did not involve cocaine base." Although Mr. Barton pleaded guilty to an indictment alleging conspiracy to distribute cocaine as well as crack, he was only sentenced based on *cocaine* – not crack – after the parties stipulated that the defendant "knew or reasonably could have foreseen more than fifteen (15) kilograms, but less than fifty (50) kilograms of *cocaine*." Therefore, undersigned counsel agrees that Mr. Barton does not qualify for a sentence reduction under Amendment 706.

    Thank you for your attention to this matter. If I can be of additional assistance, please let me know.

Sincerely,

Paresh S. Patel
Staff Attorney

cc: Barbara Sale, Assistant United States Attorney
Jim Wyda, Federal Public Defender
Estelle Santana, United States Probation Officer
Terry Barton, # 34544-037